QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TYREE SWINDELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>TYREE SWINDELL,               )<br>                              )<br>            Defendant.        )<br>_____ | Case No.  CR.S-05-0002-MCE<br><br>**STIPULATION AND ORDER;<br>EXCLUSION OF TIME**<br><br><br>Date: June 28, 2005<br>Time: 8:30 A.m.<br>Judge: Hon. Morrison C. England Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled change of plea hearing date of June 21, 2005 be vacated and the matter set for change of plea on June 28, 2005 at 8:30 am.

    This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

June 28, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  June 21, 2005.                   Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender


DATED:  June 21, 2005.                   /s/MARK J. REICHEL
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Defendant


                                         McGREGOR SCOTT
                                         United States Attorney


DATED:  June 21, 2005.                   /s/MARK J. REICHEL for
                                         ANNE PINGS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2