```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TYREE SWINDELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TYREE SWINDELL,<br><br>          Defendant. | Case No.  CR.S-05-0002-MCE<br><br>**STIPULATION AND ORDER;<br>EXCLUSION OF TIME**<br><br>Date: September 13, 2005<br>Time: 8:30 A.m.<br>Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled in limine motion to exclude government's proffered 404(B) evidence and the trial conference hearing date of September 6, 2005 be vacated and the matter set for trial conference hearing on September 13, 2005 at 8:30 am.

This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

September 13, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 2, 2005.                    Respectfully submitted,

                                             QUIN DENVIR
                                             Federal Public Defender


DATED: September 2, 2005.                    /s/MARK J. REICHEL
                                             MARK J. REICHEL
                                             Assistant Federal Defender
                                             Attorney for Defendant


                                             McGREGOR SCOTT
                                             United States Attorney


DATED: September 2, 2005.                    /s/MARK J. REICHEL for
                                             ANNE PINGS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE